

## NUMBER 13-19-00513-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**MARIA DOLORES GARCIA,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

### On appeal from the 437th District Court
### of Bexar County, Texas.

---

## ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

This matter is before the Court because the reporter's record has not been filed.[1]

On September 10, 2019, a portion of the reporter's record was filed by court reporter

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Linda Hernandez.   The portion of the record reported by court reporter Roxanne Pena has yet to be filed.   On October 22, 2019 this Court notified Pena the reporter's record was late and directed her to respond within ten days.   Pena has not contacted this Court or filed her portion of the reporter's record.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights.   *See* TEX. R. APP. P. 37.3(a)(2).   Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary.   Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of November, 2019.